**CARDINAL HILL MANOR, INC.**

v.

**Rudolph WOODRING, d/b/a Woodring Builders.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Allen Schmitt, Schmitt & Sandmann, Louisville, for appellant.

Freeman B. Blackwell, Louisville, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

**John L. KELLER, Appellant,**

v.

**Charles P. ROACH, Jr., et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

James F. Clay, Clay & Clay, Danville, for appellant.

Eulyn L. Dean, Harrodsburg, for appellees.

Memorandum Opinion by Special Commissioner J. BRANDON PRICE, Affirming.*

**William PEVELER et al., Appellants,**

v.

**NELSON CREEK PALLET MILLS, INC., Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Norman E. Harned, Harlin, Parker, Ricketts, Lucas & English, Bowling Green, for appellants.

Alfred C. Ross, Greenville, for appellee.

Memorandum Opinion of the Court by Special Commissioner S. RUSH NICHOLSON, Reversing.*

**Ronnie COOK et al., Appellants,**

v.

**Dowell THORNSBERRY, Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

James Bates, Dry Creek, Marcus Mann, Salyersville, for appellants.

Alva A. Hollon, Hazard, Cordell H. Martin, Hindman, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.